**MARR JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

SARAH O. WANG            6649-0
CECILY D.M. KAYA         10397-0
Pauahi Tower
1003 Bishop Street, Suite 1500
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700
swang@marrjones.com

Attorneys for Defendant
HAWAIIAN AIRLINES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ATONIO W. GODINET,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HAWAIIAN AIRLINES, INC.,<br><br>　　　　　Defendant. | CIVIL NO. 21-00152 SOM-RT<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES AND ORDER<br><br><br><br><br><br>Trial date: August 30, 2022<br>Judge: Honorable Susan O. Mollway |

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES AND ORDER

IT IS HEREBY STIPULATED by and between Plaintiff Atonio W. Godinet and Defendant Hawaiian Airlines, Inc. through their respective counsel, that all claims that have been or could have been brought in this action be and hereby are dismissed with prejudice, each party to bear his/its own costs and attorneys' fees.

This stipulation is based on Rules 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and has been signed by counsel for all parties who have made an appearance in this action. There are no remaining claims or parties. Trial is set for August 30, 2022.

DATED: Honolulu, Hawaii, __JUNE 7__, 2022.

STIPULATED AND AGREED TO BY:

/s/ Michael P. Healy
MICHAEL P. HEALY
CHARLES H. BROWER

Attorneys for Plaintiff
ATONIO W. GODINET

/s/ Sarah O. Wang
SARAH O. WANG
CECILY D.M. KAYA

Attorneys for Defendant
HAWAIIAN AIRLINES, INC.

APPROVED AS TO FORM:



/s/ Susan Oki Mollway
Susan Oki Mollway
Senior United States District Judge

---

*Atonio W. Godinet v. Hawaiian Airlines, Inc.*, CIVIL NO. CV21-00152 SOM-RT; STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES